UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS ELLIOTT SCOTT,

        Petitioner,        Case. No. 2:23-cv-12134

v.        Hon. Nancy G. Edmunds

FREDEANE ARTIS,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered on today's date in the above-entitled matter,

1. The Petition for Writ of Habeas Corpus is DENIED WITHOUT PREJUDICE.

2. A Certificate of Appealability is DENIED.

3. Leave to appeal *in forma pauperis* is DENIED.

        KINIKIA ESSIX
        CLERK OF THE COURT

        BY: s/ L. Bartlett
            DEPUTY CLERK

APPROVED:

s/ Nancy G. Edmunds
NANCY G. EDMUNDS
UNITED STATES DISTRICT JUDGE

Dated: September 28, 2023